# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*
*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy

February 16, 2021

Clerk, U.S. Bankruptcy Court
*Via efiling*

RE: Chapter 13 Bankruptcy
CASE NUMBER: 10-14096 ABA
DEBTORS' NAMES: Jennifer L. & David M. MacAvoy

Dear Clerk,

Please withdraw the Notice Depositing Unclaimed Funds filed within the above-captioned case by our office, document #80. The Notice was filed in error.

Should you have any other questions, do not hesitate to contact our office.

        Very truly yours,

        OFFICE OF THE CHAPTER 13
        STANDING TRUSTEE

        /s/ *Isabel C. Balboa*

        Isabel C. Balboa
        Chapter 13 Standing Trustee

ICB: kar

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978